UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

| | |
|---|---|
| Charlette Kowalski,<br><br>   Plaintiff,<br><br>v.<br><br>National Financial Systems, Inc.,<br><br>   Defendant. | Case No. 3:08-cv-00457-SLC<br><br><br>**CLERK'S ENTRY OF DEFAULT** |

Plaintiff, having filed an Application of Default against Defendant National Financial Systems, Inc., as well as a supporting affidavit;

And it appearing that Defendant was properly served, as appears from the executed Summons;

And it appearing that the time within which Defendant was given to answer or otherwise respond to the Complaint has now expired;

DEFAULT is hereby entered against Defendant National Financial Systems, Inc.,

Dated: 1/12/09

*Peter Oppeneer*
Clerk, United States District Court
Western District of Wisconsin

Prepared by:

Richard J. Meier
233 S. Wacker Dr., Suite 5150
Chicago, IL 60606
rjm@legalhelpers.com
*Attorney for Plaintiff*